■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY LOPEZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered February 22, 1990, convicting him of attempted forgery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MARTINEZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered March 26, 1986, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.